NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**USADATA INCORPORATED,**
*Plaintiff-Appellee*

**v.**

**DATAWIDGET LLC, E-PRINTWERX INTERNATIONAL LLC, DBA LEADSPLEASE.COM,**
*Defendants-Appellants*

---

2022-1326

---

Appeal from the United States District Court for the District of Arizona in No. 2:21-cv-00526-DLR, Judge Douglas L. Rayes.

---

## JUDGMENT

---

BRIAN W. LACORTE, Ballard Spahr LLP, Phoenix, AZ, argued for plaintiff-appellee. Also represented by ANDREW HENSLEY, JONATHON A. TALCOTT, MITCHELL LEE TURBENSON; WENDY RISA STEIN, Chiesa Shahinian & Giantomasi PC, New York, NY.

GREGORY CARL SCAGLIONE, Koley Jessen P.C., L.L.O., Omaha, NE, argued for defendants-appellants.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (LOURIE, DYK, and CUNNINGHAM, *Circuit Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

December 13, 2022          /s/ Peter R. Marksteiner
        Date                     Peter R. Marksteiner
                                 Clerk of Court